# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES BEIDLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>CITY OF MODESTO,<br><br>　　　　Defendant. | Case No. 1:16-cv-01100-DAD-SKO<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS AND JOINT SETTLEMENT FOR APPROVAL BY DISTRICT JUDGE WITHIN SIXTY DAYS |

On May 23, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents and joint settlement of approval by the district judge on the FSLA claims within sixty (60) days from the date of service of this order; and

3. The undersign shall retain jurisdiction to enforce the settlement agreement reached by the parties should an issue arise before dismissal.

IT IS SO ORDERED.

Dated: __**May 23, 2017**__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1