DAVID E. MASTAGNI (SBN 204244)
ISAAC S. STEVENS (SBN 251245)
ACE T. TATE (SBN 262015)
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California  95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

ARTHUR A. HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
KEVIN P. MCLAUGHLIN (SBN 251477)
kmclaughlin@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
1220 Seventh Street, Suite 300
Berkeley, California  94710
Telephone: (510) 995-5800
Facsimile: (415) 678-3838

Attorneys for Defendant
CITY OF MODESTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES BEIDLEMAN, on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO,<br><br>Defendant. | Case No. 16-cv-01100-DAD-SKO<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

Plaintiff MICHAEL CHARLES BEIDLEMAN, et al. ("Plaintiffs") and Defendant CITY OF MODESTO ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

A.  WHEREAS, the parties held a settlement conference before the Honorable Magistrate Judge Stanley A. Boone on May 23, 2017.

B.  WHEREAS, the Court issued an Order following settlement directing the parties to file dispositive documents and a joint settlement for approval within 60 days, or on or before July 24, 2017 (Dkt. No. 48);

C. WHEREAS, the parties have been working diligently towards finalizing the terms of the settlement and memorializing them in a signed, written settlement agreement;

D. WHEREAS, the parties require additional time to finalize the written settlement agreement and collect approval and signatures from their respective clients;

E. The parties respectfully request an additional 30 days to comply with the court's May 23, 2017 Order.

NOW THEREFORE, Plaintiff and Defendant stipulate and request that:

1. It is in the interest of the Court and the parties to continue the deadline to file dispositional documents and a joint settlement for approval by this Court for 30 days, or until August 23, 2017. No party will be prejudiced by an extension of this deadline.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 21, 2017                             RENNE SLOAN HOLTZMAN SAKAI LLP

                                                 By: */s/ Kevin P. McLaughlin*
                                                     KEVIN P. MCLAUGHLIN
                                                     Attorneys for Defendant
                                                     CITY OF MODESTO

Dated: July 21, 2017                             MASTAGNI HOLSTEDT, APC

                                                 By: */s/ David E. Mastagni*
                                                     DAVID E. MASTAGNI
                                                     ISAAC S. STEVENS
                                                     ACE T. TATE
                                                     Attorneys for Plaintiffs

**ORDER**

Based upon the foregoing stipulation of the parties, the Court hereby orders as follows:

1. The parties shall have until August 23, 2017 to file dispositional documents and a joint settlement for approval by this Court.

IT IS SO ORDERED.

Dated:   **July 24, 2017**

UNITED STATES MAGISTRATE JUDGE